In the Matter of the CITY OF ROCHESTER, Appellant.
HYMAN COHEN, Respondent.

*Eminent domain — condemnation proceedings — costs — power of court
to grant additional allowance.*

*Matter of City of Rochester*, 219 App. Div. 857, affirmed.

(Argued October 5, 1927; decided October 25, 1927.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the fourth judicial
department, entered March 16, 1927, which affirmed an
order of the Monroe County Court granting a motion
by the respondent herein for costs and· an additional
allowance in condemnation proceedings.

The following question was certified: " Had the court
power and jurisdiction to grant the additional allowance
of costs which was granted to Hyman Cohen in this
proceeding? "

*Clarence M. Platt, Corporation Counsel (Charles B.
Forsyth of counsel), for appellant.*

*Daniel J. O'Mara for respondent.*

Order affirmed, with costs; question certified answered
in the affirmative; no opinion.

Concur: POUND, CRANE, ANDREWS, LEHMAN, KELLOGG
and O'BRIEN, JJ. Not voting: CARDOZO, Ch. J.